Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Darrell Lavan Glover
2219 N. Kostner
Chicago, IL 60639
SSN: xxx–xx–2854 EIN: N.A.

Case No. :   18–32680
Chapter :   7
Judge :   Deborah L. Thorne

---

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **December 5, 2018.**

The Clerk has determined that you have failed to file or complete the following required documents:

- **Certificate of Credit Counseling.**
- **Statement of Financial Affairs (Form 107/207).**
- **Statement of Monthly Income (Form 122A–1/122A–1Supp).**
- **Schedule A–B (Form 106A/B,206A/B).**
- **Schedule C (Form 106C).**
- **Schedule D (Form 106D,206D).**
- **Schedule E–F (Form 106E/F,206E/F).**
- **Schedule G (Form 106G,206G).**
- **Schedule H (Form 106H,206H).**
- **Schedule I (Form 106I).**
- **Schedule J (Form 106J).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: November 26, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court